Exhibit 1: "Range of Global Mean Temperature From 1850 to the Present with the Projected Instantaneous Climatic Response to Increasing CO2 Concentrations"

Source: M.B. Glasser, Memo for Exxon management (Nov. 12, 1982), pp. 1, 28

# EXXON RESEARCH AND ENGINEERING COMPANY

P.O. BOX 101, FLORHAM PARK, NEW JERSEY 07932

M. B. GLASER
Manager
Environmental Affairs Programs

Cable: ENGREXXON, N.Y.

November 12, 1982

$CO_2$ "Greenhouse" Effect

82EAP 266

TO: See Distribution List Attached

      Attached for your information and guidance is briefing material on the $CO_2$ "Greenhouse" Effect which is receiving increased attention in both the scientific and popular press as an emerging environmental issue. A brief summary is provided along with a more detailed technical review prepared by CPPD.

      The material has been given wide circulation to Exxon management and is intended to familiarize Exxon personnel with the subject. It may be used as a basis for discussing the issue with outsiders as may be appropriate. However, it should be restricted to Exxon personnel and not distributed externally.

Very truly yours,

*M. B. Glaser*

M. B. GLASER

MBG:rva

Attachments

H. N. WEINBERG

NOV 15 1982

## Figure 9

Range of Global Mean Temperature From 1850 to the Present with the Projected Instantaneous Climatic Response to Increasing $CO_2$ Concentrations.

