

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

SUSAN E. AMRON
*Chief, Environmental Law Division*
(212) 356-2070
FAX: (212) 356-2069
samron@law.nyc.gov

January 17, 2018

**BY HAND**

The Honorable John F. Keenan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

    Re: *City of New York v. BP P.L.C., et al.*, 18 cv 182 (JFK)

Dear Judge Keenan:

    Enclosed is a courtesy copy of the Complaint filed by the City of New York in the above-referenced case.

    Respectfully,

    Susan E. Amron