AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| CITY OF NEW YORK | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-182-JFK |
| BP P.L.C.; CHEVRON CORPORATION; et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Chevron Corporation.

Date:  01/23/2018

/s/ Steven M. Shepard
*Attorney's signature*

Steven M. Shepard, 5291232
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

*Address*

sshepard@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*