UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>      Plaintiff,<br><br> v.<br><br>BP P.L.C.; CHEVRON CORPORATION; CONOCOPHILLIPS; EXXON MOBIL CORPORATION; and ROYAL DUTCH SHELL PLC,<br><br>      Defendants. | Case No. 18 Civ. 182 (JFK) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance in the above-captioned matter as counsel for defendant ConocoPhillips.  I certify that I am admitted to practice in this Court.

Dated:  February 22, 2018

            WACHTELL, LIPTON, ROSEN & KATZ

            By: /s/ John F. Savarese
               John F. Savarese
               Wachtell, Lipton, Rosen & Katz
               51 West 52nd Street
               New York, New York 10019
               Telephone:  (212) 403-1000
               Fax:  (212) 403-2000
               Email:  JFSavarese@wlrk.com

            *Attorneys for ConocoPhillips*