USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2-26-18___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CITY OF NEW YORK,

                                Plaintiff,

           - against –

BP P.L.C.; CHEVRON CORPORATION;
CONOCOPHILLIPS; EXXON MOBIL
CORPORATION; AND ROYAL DUTCH SHELL
PLC,

                              Defendants.

------------------------------------------------------------X

Case No. 18-cv-00182 (JFK)
(ECF Case)

**STIPULATION AND
[~~PROPOSED~~] ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff the City of New York (the "City") and Defendant BP p.l.c. ("BP"), that BP's deadline to answer, move to dismiss, or otherwise respond to the City's Complaint shall be extended from February 26, 2018 to March 7, 2018, while the parties are conferring regarding a proposed briefing schedule, including a proposed further extension of the deadline, for BP's motion to dismiss.  In submitting this stipulation, BP reserves all rights, including defenses and objections as to venue, service of process, and personal jurisdiction, and does not waive any such defenses and objections.

      Consistent with this Court's Individual Practices Section 1.E, no previous request has been made to extend the time for BP to answer, move to dismiss, or otherwise respond to the City's Complaint.  This request is by consent of the attorneys for the City and BP.  No scheduling order applicable to BP's deadline to answer, move to dismiss, or otherwise respond to the Complaint has been issued and this request does not affect any scheduled dates.

Dated: New York, New York
       February 22, 2018

                                    **ZACHARY W. CARTER**
                                    **Corporation Counsel of the City of New**
                                    **York**


                                    By: _____

                                    Kathleen C. Schmid
                                    100 Church Street
                                    New York, New York 10007
                                    kschmid@law.nyc.gov
                                    (212) 356-2314

                                    *Attorney for Plaintiff*

                                    **ARNOLD & PORTER KAYE**
                                    **SCHOLER LLP**


                                    By: Nancy G. Milburn
                                    _____

                                    Philip H. Curtis
                                    Nancy G. Milburn
                                    250 West 55th Street
                                    New York, NY 10019-9710
                                    philip.curtis@arnoldporter.com
                                    nancy.milburn@arnoldporter.com
                                    (212) 836-8383

                                    *Attorneys for Defendant BP P.L.C.*

                                    **SO ORDERED.**

                                    *Loretta A. Presk*
                                    John F. Keenan, U.S.D.J.

                                    Dated: New York, New York
                                    February **26**, 2018

2