```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    City of New York      :
                    :
           Plaintiff(s)  :    #  18  Cv 182   (JFK)
   -V-            :

    BP P.L.C. Chevron Corp.
           Defendant(s)  :
                    :
------------------------------X

In light of the pending motion in this case, the conference, previously set for March 21, 2018 has been cancelled.

SO ORDERED.

Dated: New York, New York

3-9-18

                                        _____
                                        JOHN F. KEENAN
                                    United States District Judge