UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CITY OF NEW YORK,

                                          Plaintiff,

                  -against-

BP P.L.C.; CHEVRON CORPORATION;
CONOCOPHILLIPS; EXXON MOBIL CORPORATION;
and ROYAL DUTCH SHELL PLC,

                                          Defendants.

-------------------------------------------------------------- x

Case No. 18-cv-182-JFK

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

The Court has reviewed the motion of Attorney Emerson Hilton to withdraw as counsel for Plaintiff City of New York in the above-captioned matter, together with the supporting affidavit provided by Mr. Hilton pursuant to Local Civil Rule 1.4. Finding that satisfactory reasons have been provided for Mr. Hilton's withdrawal, the motion is GRANTED. The clerk is directed to terminate Mr. Hilton's appearance on the docket of this case with immediate effect, and to remove Mr. Hilton from all applicable service lists, including notices of electronic filing.

SO ORDERED.

Dated: April 3, 2018

_____
Hon. John F. Keenan
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-18