UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>        Plaintiff,<br><br>    v.<br><br>BP P.L.C.; CHEVRON CORPORATION; CONOCOPHILLIPS; EXXON MOBIL CORPORATION; AND ROYAL DUTCH SHELL PLC,<br><br>        Defendants. | No. 18 Civ. 182 (JFK) |

**NOTICE OF MOTION**
**TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the memoranda of law accompanying this Notice of Motion, Defendant Exxon Mobil Corporation ("ExxonMobil") moves this Court, before the Honorable John F. Keenan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 1007, on a date and time to be determined by the Court, for an order entering judgment for Defendants and dismissing with prejudice all claims asserted in Plaintiff's Amended Complaint filed March 16, 2018, ECF No. 80, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law In Support of Exxon Mobil Corporation's Motion to Dismiss for Lack of Personal Jurisdiction, as well as the Memorandum of Law of Chevron Corporation, ConocoPhillips, and Exxon Mobil Corporation Addressing Common Grounds In Support of their Motions to Dismiss.

1

Dated: March 30, 2018

**EXXON MOBIL CORPORATION**

By: /s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
twells@paulweiss.com
Daniel J. Toal
dtoal@paulweiss.com
Jaren Janghorbani
jjanghorbani@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990

M. Randall Oppenheimer
(*pro hac vice* forthcoming)
roppenheimer@omm.com
Dawn Sestito
(*pro hac vice* forthcoming)
dsestito@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
(213) 430-6000
Fax: (213) 430-6407

Patrick J. Conlon
patrick.j.conlon@exxonmobil.com
EXXON MOBIL CORPORATION
1301 Fannin Street
Houston, TX 77002-7014
(832) 624-6336
Fax: (262) 313-2402

*Counsel for Exxon Mobil Corporation*