UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CITY OF NEW YORK, | x<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: Case No. 18 Civ. 182 (JFK) |
| BP P.L.C.; CHEVRON CORPORATION; CONOCOPHILLIPS; EXXON MOBIL CORPORATION; and ROYAL DUTCH SHELL PLC, | :<br>:<br>:<br>:<br>: |
| Defendants. | x |

---

### NOTICE OF CHEVRON CORPORATION'S
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon Chevron Corporation ("Chevron"), ConocoPhillips, and Exxon Mobil Corporation's (collectively, "Defendants") Memorandum of Law Addressing Common Grounds in Support of Their Motions to Dismiss the Amended Complaint, and all prior pleadings and proceedings in this matter, Chevron respectfully moves this Court for entry of an order dismissing Plaintiff's Amended Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: March 30, 2018 | Respectfully submitted, |
| New York, New York | GIBSON, DUNN & CRUTCHER LLP |
| | /s/ Anne Champion |
| Herbert J. Stern (pro hac vice)<br>Joel M. Silverstein<br>STERN & KILCULLEN, LLC<br>325 Columbia Turnpike, Suite 110<br>Florham Park, NJ 07932-0992 | Caitlin J. Halligan<br>Andrea E. Neuman<br>Anne Champion<br>200 Park Avenue<br>New York, New York 10166 |

Telephone:  973.535.1900
Facsimile:  973.535.9664

Neal S. Manne (pro hac vice forthcoming)
Johnny W. Carter (pro hac vice forthcoming)
Erica Harris
Steven Shepard
Laranda Walker (pro hac vice forthcoming)
Kemper Diehl
Michael Adamson
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666

Telephone: 212.351.4000
Facsimile: 212.351.4035

Theodore J. Boutrous, Jr. (admission forthcoming)
William E. Thomson (pro hac vice)
Joshua S. Lipshutz (pro hac vice)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
*CHEVRON CORPORATION*