UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>      Plaintiff,<br><br>  v.<br><br>BP P.L.C.; CHEVRON CORPORATION; CONOCOPHILLIPS; EXXON MOBIL CORPORATION; and ROYAL DUTCH SHELL PLC,<br><br>      Defendants. | Case No. 18 Civ. 182 (JFK) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon ConocoPhillips' Memorandum of Law Addressing Individual Issues in Support of its Motion to Dismiss Plaintiff's Amended Complaint dated March 30, 2018; the Memorandum of Law of Chevron Corporation, ConocoPhillips, and Exxon Mobil Corporation Addressing Common Grounds in Support of Their Motions to Dismiss Plaintiff's Amended Complaint dated March 30, 2018; the Declaration of Christopher J. Dodson in Support of ConocoPhillips' Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction dated March 29, 2018; the Declaration of Jonathan Siegel in Support of ConocoPhillips' Motion to Dismiss Plaintiff's Amended Complaint dated March 30, 2018 (and the exhibits thereto); and all prior pleadings and proceedings in this action, defendant ConocoPhillips, by its undersigned counsel, is moving this Court, before the Honorable John F. Keenan, for an order dismissing the Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: March 30, 2018  
New York, New York

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
John F. Savarese
Jeffrey M. Wintner
Ben M. Germana
Jonathan Siegel

51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  JFSavarese@wlrk.com


Tracie J. Renfroe
Carol M. Wood
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas  77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
Email:  trenfroe@kslaw.com
Email:  cwood@kslaw.com

*Attorneys for Defendant ConocoPhillips*