UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of New York,

Plaintiff,

Case No. 1:18-CV-00182-JFK

against

BP P.L.C. et al.,

Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## DIOGENES P. KEKATOS
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DPK-2162     My State Bar Number is 1898311

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Seeger Weiss LLP
            FIRM ADDRESS: 55 Challenger Road, 6th Fl., Ridgefield Park, NJ 0766
            FIRM TELEPHONE NUMBER: 973-639-9100
            FIRM FAX NUMBER: 973-639-9393

NEW FIRM:   FIRM NAME: Seeger Weiss LLP
            FIRM ADDRESS: 77 Water Street, 8th Fl., New York, NY 10005
            FIRM TELEPHONE NUMBER: 212-584-0700
            FIRM FAX NUMBER: 212-584-0799

[✔] I will continue to be counsel of record on the above entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ .

Dated: 5/10/2018                    /s/ Diogenes P. Kekatos
                                    ATTORNEY'S SIGNATURE