UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of New York

Plaintiff,

Case No. 1:18-cv-00182-JKF

against

BP P.L.C. et al.,

Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending     ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Stephen A. Weiss**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SW3520     My State Bar Number is 2413342

I am,
☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Seeger Weiss LLP
FIRM ADDRESS: 55 Challenger Rd., 6th Fl., Ridgefield Park, NJ 07660
FIRM TELEPHONE NUMBER: 973-639-9100
FIRM FAX NUMBER: 973-639-9393

NEW FIRM:   FIRM NAME: Seeger Weiss LLP
FIRM ADDRESS: 77 Water Street, 8th Fl., New York, NY 10005
FIRM TELEPHONE NUMBER: 212-584-0700
FIRM FAX NUMBER: 212-584-0799

☑ I will continue to be counsel of record on the above entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 5/11/2018

/s/ Stephen A. Weiss
ATTORNEY'S SIGNATURE