UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>                    Plaintiff,<br><br>         v.<br><br>BP P.L.C.; CHEVRON CORPORATION; CONOCOPHILLIPS; EXXON MOBIL CORPORATION; and ROYAL DUTCH SHELL PLC,<br><br>                    Defendants. | Case No. 18-cv-182-JFK |

**PLAINTIFF THE CITY OF NEW YORK'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that plaintiff the City of New York hereby appeals to the United States Court of Appeals for the Second Circuit from an Opinion and Order of the Court dismissing the plaintiff's amended complaint with prejudice that was entered in this action on July 19, 2018 (ECF No. 153), and from the Judgment entered accordingly by the Clerk of Court on July 20, 2018 (ECF No. 154).

Dated:  July 26, 2018

                                                                Respectfully submitted,

                                                                ZACHARY W. CARTER
                                                                Corporation Counsel of the City of New York
                                                                Attorney for Plaintiff
                                                                100 Church Street
                                                                New York, New York 10007
                                                                (212) 356-2070

                                                                By:   */s/ Susan E. Amron*
                                                                       Susan E. Amron, samron@law.nyc.gov
                                                                       Kathleen C. Schmid, kschmid@law.nyc.gov
                                                                       Margaret C. Holden, maholden@law.nyc.gov
                                                                       Noah Kazis, nkazis@law.nyc.gov
                                                                            (admitted *pro hac vice*)

- 2 -

*Of Counsel*

STEVE W. BERMAN (admitted *pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave. Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

MATTHEW F. PAWA
mattp@hbsslaw.com
BENJAMIN A. KRASS (admitted *pro hac vice*)
benk@hbsslaw.com
WESLEY KELMAN
wesk@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

CHRISTOPHER A. SEEGER
STEPHEN A. WEISS
DIOGENES P. KEKATOS
CSeeger@seegerweiss.com
SWeiss@seegerweiss.com
DKekatos@seegerweiss.com
**SEEGER WEISS LLP**
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393